# EXHIBIT 1

To order this form, call (517) 337-1211
Target Information Management, Inc.

Approved, SCAO

Original - Court
1st copy - Defendant
2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | SUMMONS AND COMPLAINT | CASE NO.<br>13I 3365 |
|---|---|---|

Court address: 16000 Van Horn Woodhaven MI 48183

Court telephone no.

**Plaintiff's name(s), address(es), and telephone no(s).**
John R Paul JR
20859 Thoroughfare
Grosse Ile, MI 48138
734 671 6071

v

**Defendant's name(s), address(es), and telephone no(s).**
Detroit Edison Co,
Michigan Consolidated
Gas Company Pension Plan
One Energy Plaza
316 GO
Detroit MI 48224
1-800 899 4383

**Plaintiff's attorney, bar no., address, and telephone no.**
John R Paul JR
734 671 6071

**SUMMONS** NOTICE TO THE DEFENDANT: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| 8/30/13 | 11/29/13 | |

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT** Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**
☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**VENUE**

Plaintiff(s) residence (include city, township, or village)
20859 Thoroughfare Grosse Ile

Defendant(s) residence (include city, township, or village)
One Energy Plaza 316 GO Detroit, MI

Place where action arose or business conducted
20859 Thoroughfare Grosse Ile

Date: 8-30-2013

Signature of attorney/plaintiff: John R Paul Jr

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (3/08) **SUMMONS AND COMPLAINT** MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

DEFENDANT

| To re-order this form, call (517) 337-1211. Target Information Management, Inc. | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|
| **STATE OF MICHIGAN**<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | **SUMMONS AND COMPLAINT**<br>Page of Pages | **CASE NO.** |
| Court address | | Court telephone no. |

DETROIT EDISON WITHOUT MY CONSENT MODIFIED A RETIREMENT AGREEMENT 2 YEARS AFTER THE ORIGINAL AGREEMENT IN THEIR MODIFICATION THEY ALSO MODIFIED LOCAL 223/LOCAL 80 RETIREMENT PROVISIONS IN THE LABOR AGREEMENT IN FORCE AT THE TIME OF THE ORIGINAL AGREEMENT. I AM REQUESTING THAT ALL MONIES OWED ME TO BE PAID AND ANY OVER PAYMENT BE CHARGED TO THE COMPANY CONTRACTOR WHO MADE THE ERRORS. ALSO ALL COST + DAMAGES IN THE AMOUNT OF 25,000.00 US DOLLARS.

[signature] 8-30-13

MC 01a (3/85) **SUMMONS AND COMPLAINT**

DEFENDANT

USPS.com® - Track & Confirm                              Page 1 of 1

English        Customer Service     USPS Mobile                                    Register / Sign In

# USPS.COM

                                                                   Search USPS.com or Track Packages

Quick Tools
Track & Confirm                Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price  **Track & Confirm**
Find a ZIP Code™
Hold Mail
Change-of-Address
GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70121010000143810298 | First-Class Mail® | Arrival at Unit | September 10, 2013, 5:39 am | DETROIT, MI 48216 | Scheduled Delivery Day: September 10, 2013<br>Certified Mail™<br>Return Receipt |
| | | Depart USPS Sort Facility | September 10, 2013 | DETROIT, MI 48233 | |
| | | Processed at USPS Origin Sort Facility | September 10, 2013, 3:54 am | DETROIT, MI 48233 | |
| | | Depart USPS Sort Facility | September 9, 2013 | PONTIAC, MI 48340 | |
| | | Processed at USPS Origin Sort Facility | September 9, 2013, 9:42 pm | PONTIAC, MI 48340 | |
| | | Dispatched to Sort Facility | September 9, 2013, 2:40 pm | GROSSE ILE, MI 48138 | |
| | | Acceptance | September 9, 2013, 10:54 am | GROSSE ILE, MI 48138 | |

**Check on Another Item**

What's your label (or receipt) number?



| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | USPS Service Alerts › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Delivering Solutions to the Last Mile › | Careers › | |
| | Site Index › | | |

USPS.COM  |  Copyright© 2013 USPS. All Rights Reserved.



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    LEGAL DEPARTMENT
    DETROIT EDISON
    ONE ENERGY PLAZA
    DETROIT, MI 48226-1221

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7012 1010 0001 4381 0298
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540